```
AVSO350                                                      RECEIVED
                    ALABAMA JUDICIAL DATA CENTER              JUN 22 2006
                    MONTGOMERY        COUNTY                  LEGAL DEPT.
                              SUMMONS
                                                     DV 2006 001424.00
                                                     MARGARET L. GIVHAN
              IN THE DISTRICT COURT OF MONTGOMERY      COUNTY
  EUGENE EVANS VS BLUECROSS/BLUESHIELD OF AL
      SERVE ON: (D001)
      SSN: 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
                                           PLAINTIFF'S ATTORNEY
      BLUE CROSS/BLUE SHIELD - AL          *** PRO SE ***
      450 RIVERCHASE PKWY EAST
      BIRMINGHAM     ,AL  35298-0001
```

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 14 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

( ) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE.

DATE: 06/08/2006                         CLERK: MELISSA RITTENOUR
                                                251 SOUTH LAWRENCE ST.
                                                MONTGOMERY  AL  36102-1667
                                                (334)832-1343

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
    (RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND
    COMPLAINT TO _____
    IN _____ COUNTY, ALABAMA ON (DATE) _____

DATE _____              _____
                                          SERVER SIGNATURE

SERVER ADDRESS _____            _____
                                          TYPE OF PROCESS SERVER

OPERATOR: HEE
PREPARED: 06/08/2006



EXHIBIT A

| State of Alabama<br>Unified Judicial System<br>Form C-88 (front) Rev. 6/96 | STATEMENT OF CLAIM<br>(Complaint)<br>District Civil (Except Small Claims and Detinue Actions) | Case Number<br>DV 06 1424 |
|---|---|---|

IN THE DISTRICT COURT OF **MONTGOMERY**, ALABAMA
(Name of County)

**EUGENE EVANS** v. **BLUE CROSS/BLUE SHIELD - AL**
Plaintiff  Defendant

Home or Business Address: 8080 WYNLAKES BLVD, MONTH AL 36117
Home or Business Address: 450 Riverchase Parkway East, Birmingham, AL 35298-0001
Home or Business Telephone Number: (334) 322-2522
Home or Business Telephone Number: 1-800-292-8868
Name of Attorney: N/A
Additional Defendant:
Business Address:
Business Telephone Number:
Date of Filing: 04 MAY 2006

### COMPLAINT

1. The plaintiff claims the defendant owes the plaintiff the sum of $ 10,000.00 because: Defendant improperly failed to approve my inpatient admission to Bradford Health Services Facility in Warrior, Alabama on April 18, 2006. Defendant also refused to pay for a pre-admission physical exam and mental testing.

2. The plaintiff also claims from the defendant court costs in the sum of $ 202.00 plus $ _____ for interest and $ _____ for attorney's fees.

_Melissa Vittevaus_
By: _____
Clerk

_Eugene Evans_
Plaintiff or Plaintiff's Attorney (Signature)
Attorney Code: _____

Clerk's Address:

Plaintiff's or Plaintiff's Attorney's Phone Number

Telephone Number:

### SUMMONS

To any sheriff or any person authorized by either Rules 4.1 (b)(2) of the Alabama Rules of Civil Procedure to perfect service:
You are hereby commanded to serve this summons and complaint upon the above-named defendant.

### NOTICE TO DEFENDANT

THE COMPLAINT SET OUT ABOVE IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT, TO THE PLAINTIFF (OR THE ATTORNEY FOR THE PLAINTIFF), AT THE ADDRESS NOTED ABOVE.

THIS ANSWER MUST BE MAILED OR HAND DELIVERED TO THE CLERK OF COURT AT THE ADDRESS BELOW WITHIN FOURTEEN (14) DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. (YOU MUST FILE THE ORIGINAL ANSWER WITH THE CLERK OF THIS COURT).

Dated _____

_Melissa Vittevaus_
Clerk of Court

Address of Clerk of Court

COURT RECORD (Original)   PLAINTIFF (Copy)   DEFENDANT (Copy)

| Form C-88 (back)     Rev. 6/96 | STATEMENT OF CLAIM (Complaint) <br> District Civil (Except Small Claims and Detinue Actions) |
|---|---|

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ (date).

☐ I certify that I personally delivered a copy of this Statement of Claim (Complaint) at _____ on _____ and on _____ at _____, I served it on the above-named defendant by delivering a copy of the complaint.

Dated _____, 19 ____

_____
Sheriff/Deputy Sheriff/Process Server