IN THE DISTRICT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EUGENE EVANS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: DV-06-001424 |
| ) | |
| BLUE CROSS AND BLUE SHIELD ) | |
| OF ALABAMA, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446(d), the defendant hereby files a true and correct copy of its Notice of Removal of this cause from this Court to the United States District Court for the Middle District of Alabama, Northern Division.

_____
WILLIAM I. HILL, II [HILL-0332]
DOY LEALE MCCALL, III [MCC087]
Attorneys for Defendant Blue Cross and
Blue Shield of Alabama

OF COUNSEL:

HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334)834-7600
(334) 263-5969 facsimile

**EXHIBIT C**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties of record, <u>as listed below</u>, by placing same in the United States Mail, postage prepaid and properly addressed on this 5th day of July, 2006.

Mr. Eugene Evans
8080 Wynlakes Boulevard
Montgomery, Alabama 36117

*By: Jacob McLane III*
_____
OF COUNSEL