IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV599-MEF |
| ) | |
| BLUE CROSS AND BLUE SHIELD ) | |
| OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The complaint in this case was removed to this court on 5 July 2006 (Doc. # 1). The defendants, who have premised the removal on a contention that the issues presented by the plaintiff are governed by ERISA, did not file an answer in state court. Accordingly, it is

ORDERED that, on or before 11 August 2006, the defendants shall file their Answer to the complaint.

DONE this 20th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE