IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV599-MEF |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On November 29, 2006, this case was reassigned to the undersigned Magistrate Judge. Accordingly, it is

ORDERED that this case be and is hereby set for a scheduling conference on **February 6, 2007 at 2:30 p.m.** in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge.

**Prior to the scheduling conference, the court will review all of the pending matters before the court. Therefore, the parties should make sure that all responses are a part of the record by the date of the scheduling conference**

The parties are hereby reminded of the obligation, imposed by Rule 26(f) of the Federal Rules of Civil Procedure, to confer and to develop a proposed discovery plan. The Rule 26(f) report containing the discovery plan shall be filed as soon as practicable but not

later than **February 2, 2007.**

This case will be set for trial before the district judge during one of that judge's regularly scheduled civil trial terms. The pretrial date is normally set within four to six weeks of a scheduled trial term. The dates of each judge's civil trial terms are available on the court's website located at http://almd.uscourts.gov in the civil case information section.

The scheduling order entered by the court will follow the form of the Uniform Scheduling Order adopted by the judges of this court. The Uniform Scheduling Order is also available on the court's website.

The report of the parties should comply with Form 35 of the Appendix of Forms to the Federal Rules of Civil Procedure.

DONE this 22nd day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE