MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION
Montgomery, Alabama

HON. WALLACE CAPEL, JR.

DATE COMMENCED: 2/6/07       DIGITAL RECORDING: 2:36 - 2:47

DATE COMPLETED: 2/6/07

EUGENE EVANS                *        2:06cv599-MEF

vs                          *

BLUE CROSS and BLUE SHIELD of ALABAMA

---

| PLAINTIFF/GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Pro Se | * | Doy Leale McCall, III |

---

COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy
Helen Berg, Law Clerk

---

PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Scheduling Conference

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED ||||
|---|---|---|---|
| Description | 2:06cv599-MEF: Eugene Evans vs. Blue Cross and Blue Shield of Alabama: Scheduling Conference ||| 
| Date | 2/6/2007 | Location | |
| Time | Speaker | Note ||
| 2:36:10 PM | Court | Convenes ||
| 2:36:55 PM | Plaintiff | Gives synapsis of the case; No negotiations at this time ||
| 2:39:53 PM | Court | Discussues Rule 26 Report of Planning Meeting; Case will be set on the September 17, 2007 Trial Term; Pretrial to be set late August 07 or early September 07 ||
| 2:44:13 PM | Defendant | Questions plaintiff's filing without electronic equipment ||
| 2:44:54 PM | Court | Plaintiff is to send documents to be filed with the Court, to Defendant within scheduled dates, w/notice or letter allowing defendant to file with consent (in sufficient time to be filed timely); Responses should be filed without further order of Court ||
| 2:47:27 PM | | Court in Recess ||