IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv599-MEF-WC |
| | ) |
| BLUE CROSS BLUE SHIELD OF, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## PLALINTIFF'S MOTION TO AMEND

Comes now Eugene, unlearned and unskilled in the law, pursuant to the provisions §4 of Uniform Scheduling Order (Document # 9-1), herein requests that he be allowed to amend his Complaint as follows:

1. The Plaintiff is a plan participant under a welfare benefit plan as envisioned by the Employee Retirement Income Security Act of 1974 (ERISA, 29 USCS § 1001 et seq.)

2. To the best of Plaintiff's knowledge and belief, Defendant is a plan administrator.

3. The Defendant made a claim for benefits due under the plaint; the Defendant Unjustly denied the Plaintiff's claim.

4. The Defendant failed to provide adequate notice in writing to the Plaintiff setting forth the specific reasons for such denial in a matter calculated to be understood by the Plaintiff;

5. The Defendant failed to afford a reasonable opportunity to Plaintiff for a fair review of the decision denying his claim;

6. The Plaintiff requests that:

1

      a. He be allowed to recover benefits due him under the terms of his insurance plan;

      b. He be allowed to enforce his rights under the term of the plan;

      c. The Court clarify his rights to future benefits under the terms of the plan;

      d. He be awarded reasonable costs; and that

      e. He be awarded other legal or equitable relief as the Court deems appropriate in this case.

7. Alternatively, the Plaintiff respectfully requests that this case be remanded so that he maybe afforded a reasonable opportunity to for a fair review of the decision denying his claim.

Respectfully submitted,

_____
EUGENE EVANS, Pro Se
Plaintiff

ADDRESS OF PLAINTIFF
8080 Wynlakes Blvd.
Montgomery, AL 36117
(334) 322-2522

## CERTIFICATE OF SERVICE

I hereby certify that I have this 2ᵗ day of March 2007, filed a copy of this document with the Clerk of the Court, who will perfect service upon the following using the CM/ECF SYSTEM: William I. Hill, Esq. and Doy Leale McCall, Esq, P.O. Box 116, Montgomery. AL 36101

/S/Eugene Evans _____
Eugene Evans

2