IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE EVANS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV599-MEF-WC |
| | ) |
| BLUE CROSS BLUE SHIELD OF | ) |
| ALABAMA , | ) |
| | ) |
|    Defendants. | |

## **ORDER**

On March 2, 2007, plaintiff filed a Motion to Amend Complaint (Doc. # 11). Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. # 8) is GRANTED. Accordingly, the plaintiff has TEN DAYS, or until MARCH 16, 2007, to file his amended Complaint pursuant to the allegations contained in its Motion (Doc. #8).

DONE this 6th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, Jr.
UNITED STATES MAGISTRATE JUDGE