IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EUGENE EVANS, | ) 2007 NOV -7  P 1:42 |
| | ) |
| Plaintiff, | ) DEBRA P. HACKETT, CLK |
| | ) U.S. DISTRICT COURT |
| | ) MIDDLE DISTRICT ALA |
| vs. | ) Case No.: 2:06-CV-599 MEF -WC |
| | ) |
| BLUE CROSS AND BLUE SHIELD | ) |
| OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the parties in the above-styled cause, and herewith agree and stipulate that the above lawsuit is to be dismissed in its entirety with prejudice, each party to bear its own costs.

WHEREFORE, THESE PREMISES PRAYED, the parties jointly move this Court to enter an order dismissing same with prejudice.

_____
Dr. Eugene Evans
*Pro Se*

8080 Wynlakes Boulevard
Montgomery, Alabama 36117

_____
Doy Leale McCall, III
Attorney for Defendant
Blue Cross Blue Shield of Alabama

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
 COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone:   (334) 834-7600
Facsimile:    (334) 832-7419


STATE OF ALABAMA

COUNTY OF MONTGOMERY

On this the  7th  day of  November , 2007, before me personally appeared **Dr. Eugene Evans**, to me known to be the person named herein and executed the foregoing Stipulation of Dismissal, and acknowledged to me that he voluntarily executed the same.

_____
NOTARY PUBLIC
My Commission Expires: 1/3/10